### SPINA v. NEW YORK TRANSP. CO.

(Supreme Court, Appellate Term. November 24, 1905.)

MUNICIPAL CORPORATIONS—USE OF STREETS—ACTIONS FOR DAMAGES—PERSONAL INJURIES—EVIDENCE—SUFFICIENCY.

In an action for injuries from being struck by an automobile, evidence *held* sufficient to support a verdict for plaintiff.

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Gabriele Spina against the New York Transportation Company. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before SCOTT, P. J., and GILDERSLEEVE and MacLEAN, JJ.

Arthur K. Wing, for appellant.

Lawrence W. Trowbridge, for respondent.

MacLEAN, J. The plaintiff, as father, brought this action to recover for loss of services of his minor son, who was injured by collision with an automobile of the defendant at Eighteenth street and Fifth avenue. The son testified that he was going north on the left side; that he looked east, but did not observe any wagons; and that he had taken three steps into Eighteenth street, in order to cross, when he was struck by the automobile. He testified that he did not see the automobile until it struck, and which came south, as testified his witnesses, along the right side of the avenue and swung into Eighteenth street in a westerly direction. The case was fairly presented to the jury, and the judgment entered upon their verdict in favor of the plaintiff may not be disturbed; for it may not, under all the circumstances, be said as matter of law that the boy was, or the defendant was not, at fault.

Judgment affirmed, with costs. All concur.